IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Kyle Jurcich,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 21-cv-358-GCS |
| | ) |
| **Christone Enterprises, Inc et al,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Plaintiff's Notice of Voluntary Dismissal (Doc. 15), the Court dismisses this action without prejudice.

Accordingly, this case is DISMISSED without prejudice and the case is closed.

IT IS SO ORDERED.

DATED: February 16, 2022

> MARGARET M. ROBERTIE, Clerk of Court
> *s/ Catina Simpson*
> Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge